# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

147055

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

BURTON DAVID CORTEZ,
　　　　Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147055
COA: 298262
Montcalm CC: 2009-012502-FH

_____/

　　　　On order of the Court, the application for leave to appeal the March 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



Clerk

p0925